UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARABELA JINHONG, | ) |
| | ) |
| Plaintiff, | ) Case No. C04-2502-JLR-JPD |
| | ) |
| v. | ) |
| | ) |
| JO ANNE B. BARNHART, Commissioner, | ) ORDER |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The Court, having reviewed plaintiff's complaint, all papers and exhibits in support and in opposition to that complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The final decision of the Commissioner is REMANDED for further administrative proceedings, not inconsistent with the Report and Recommendation; and

    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 16th day of September, 2005.

s/James L. Robart
_____
JAMES L. ROBART
United States District Judge